| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hogan, Thomas F | 2. Court or Organization<br><br>U.S. District Court for D.C. | 3. Date of Report<br><br>06/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>4114 U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 JUN 15 P 12: 2[?]
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Principal - Medical Practice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NationsBank | 1st Trust - Prof. Office Bldg. | L |
| 2. Alliance Mortgage (formerly known as Chase Home Mortgage) | Mortgage on country property | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. Citibank Deposit Program | | | | | | | | | |
| 3. Cisco Systems | B | Dividend | K | T | | | | | |
| 4. Allied Capital Corp. | B | Dividend | K | T | | | | | |
| 5. Analex (X) | | None | | | Sell | 11/05 | J | A | |
| 6. AT&T | A | Dividend | J | T | Sell/partial | 11/10 | J | A | |
| 7. Cigna | A | Dividend | K | T | | | | | |
| 8. Choice Hotels | A | Dividend | K | T | Split | 10/27 | | | |
| 9. Comcast Corp Class A | | None | J | T | | | | | |
| 10. Lucent | | None | J | T | | | | | |
| 11. Manor Care | A | Dividend | J | T | | | | | |
| 12. Tyco Int'l | A | Dividend | J | T | | | | | |
| 13. Mayor & City Council Balt. | A | Interest | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 16. FNMA | | | | | Sell | 01/25 | K | | |
| 17. Citibank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Anhauser-Busch | A | Dividend | K | T | | | | | |
| 19. Bank of America | A | Dividend | K | T | | | | | * Buy 1992 |
| 20. Choice Hotels | A | Dividend | J | T | | | | | * Unconsolidated from #8 |
| 21. Sangamon, 10/01/2010 | | | | | Buy | 01/25 | K | | |
| 22. Chicago coupon, 12/01/2011 | | | | | Buy | 01/25 | K | | |
| 23. PG Co. Bond REDG Lt. Cons. due 07/01/08 | | None | J | T | | | | | |
| 24. Md. State DOT Cons due 12/15/05 | A | Interest | J | T | Redeem | 12/15 | J | | |
| 25. Balt Co Cons Pub IMP due 08/01/17 | A | Interest | J | T | | | | | |
| 26. Riggs Nat. Bk. Ch. Accts. | A | Interest | J | T | | | | | |
| 27. Sovereign Bancorp | A | Dividend | J | T | | | | | |
| 28. OBA escrow | A | Interest | J | T | | | | | |
| 29. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 30. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 31. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 32. Adams Co., PA - country property | | None | M | W | | | | | |
| 33. Country Prop. 1/3 sh. Adams Co., PA | | None | K | W | | | | | |
| 34. Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 36. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 37. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. IRA #1 | | | | | | | | | |
| 40. Glenborough Rlty Tr. | A | Dividend | J | T | | | | | |
| 41. Kinder Morgan, Inc. | A | Dividend | J | T | | | | | |
| 42. FICO Strips Gen. due 5/30/05 | | | | | Redeem | 05/31 | K | | |
| 43. FICO Strip C due 5/30/06 | | None | J | T | | | | | |
| 44. FICO Strips due 05/30/07 | | None | K | T | | | | | |
| 45. FICO Strips due 08/08/08 | | None | K | T | | | | | |
| 46. FNMA Cpn. due 09/25/20 | | None | J | T | | | | | |
| 47. Cisco | | None | J | T | | | | | |
| 48. CATS SR S, 02/15/09 | | None | J | T | | | | | |
| 49. CATS SR Q, 05/15/09 | | None | J | T | | | | | |
| 50. Govt Trust Cpn, 11/15/10 | | None | J | T | | | | | |
| 51. FHLN MTG, 07/15/10 | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Resolution FDG, 04/15/09 | | None | J | T | | | | | |
| 53. TVA CPN, 04/15/10 | | None | J | T | | | | | |
| 54. TVA CPN, 10/15/10 | | None | J | T | | | | | |
| 55. TVA CPN, 11/01/11 | | None | J | T | | | | | |
| 56. TVA FED BK, 11/01/12 | | | | | Buy | 06/02 | J | | |
| 57. FHLN Mtg. Corp., 07/15/11 | | None | J | T | | | | | |
| 58. Coca-Cola | | | | | Sell | 01/25 | J | | |
| 59. Comcast Class A | | None | K | T | | | | | |
| 60. Constellation | | | | | Sell | 10/25 | K | | |
| 61. Dell Computer | | | | | Sell | 10/25 | J | | |
| 62. Scotts Co | A | Dividend | J | T | | | | | |
| 63. Comcast Cl. A SPL | | None | K | T | | | | | |
| 64. E-Funds 01/03/01, spin off from Deluxe Corp. | | None | J | T | | | | | |
| 65. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 66. Kinder Morgan Energy | A | Dividend | J | T | | | | | |
| 67. Lehman Bros. CD | | | | | Buy | 10/25 | K | | |
| 68. Pepsico | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Soverign Banking | A | Dividend | K | T | | | | | |
| 70. Yum Brands | A | Dividend | J | T | | | | | |
| 71. Vishay Intertech | | | | | Sell | 01/25 | J | | |
| 72. Wal-Mart | A | Dividend | K | T | | | | | |
| 73. AIM Income Fund | A | Dividend | J | T | | | | | |
| 74. Mort. Sec. Tr. CMO Ser 15 Int. | B | Dividend | J | T | | | | | |
| 75. Mutual Funds: | | | | | | | | | |
| 76. Europacific Growth | A | Dividend | K | T | Buy (add'l) | 01/25 | K | | |
| 77. Ivy Global | | None | J | T | | | | | |
| 78. Templeton Emer. MKTS | B | Dividend | K | T | | | | | |
| 79. | | | | | | | | | |
| 80. IRA #2 | A | Interest | | | | | | | |
| 81. Glenborough Realty Corp. | A | Dividend | J | T | | | | | |
| 82. Carramerica Realty Corp. | A | Dividend | J | T | | | | | |
| 83. U.S. Treas. strips due 8/15/05 | | | | | Redeem | 08/15 | J | | |
| 84. U.S. Treas. strips due 5/15/06 | | None | J | T | | | | | |
| 85. Capital One Bank CD | | | | | Buy | 10/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. (SB)CitiBank dep.program | A | Interest | K | T | | | | | (SB) = Smith Barney |
| 87. Ivy Global Mutual Fund | | None | J | T | | | | | |
| 88. FNMA Note, due 2/14/13 | | None | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. 401K | | | | | | | | | |
| 91. Cert. Accru. Ser. E coupon due 5/15/06 | | None | J | T | | | | | |
| 92. Cert Accru Ser U, 8/15/10 | | None | J | T | | | | | |
| 93. Callable TR, due 5/15/05 | | | | | Called | 05/16 | J | | |
| 94. Cert Accru Ser Z, 5/15/05 | | None | J | T | Redemption | 05/15 | K | | |
| 95. Gvt. Tr. Ctfs, 5/15/05 | | | | | Redemption | 05/15 | J | | |
| 96. Gvt. Tr. Ctfs, 11/15/08 | | None | J | T | | | | | |
| 97. Gvt. Tr. Ctfs, 11/15/2008 | | None | J | T | Buy | 01/25 | J | | |
| 98. GNMA Pass Thru, cpn 7/15/05 | A | Interest | J | T | | | | | |
| 99. FICO strips SR 10 5/30/06 | | None | J | T | | | | | |
| 100. FICO Strips SR 12, 6/6/06 | | None | K | T | | | | | |
| 101. FICO Strips SR 8, 8/03/06 | | None | K | T | | | | | |
| 102. FICO Strips SR 6, 8/03/06 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FICO Strips, 10/06/07 | | None | K | T | | | | | |
| 104. FICO Strips, 11/02/07 | | None | J | T | | | | | |
| 105. FICO Strips SR19 due 6/06/08 | | None | J | T | | | | | |
| 106. TVA CPN, 10/15/2008 | | | | | Buy | 01/25 | J | | |
| 107. FICO Strips SR 11, 2/08/09 | | None | K | T | | | | | |
| 108. FICO Strips Ser E, 11/02/08 | | None | J | T | | | | | |
| 109. FICO Strips, SR 13, 12/27/09 | | None | J | T | | | | | |
| 110. FICO Strip SR 11, 2/08/11 | | None | J | T | | | | | |
| 111. FICO Strips SR 19, 12/06/12 | | None | J | T | | | | | |
| 112. FHLN Mtg., 1/15/10 | | None | J | T | | | | | |
| 113. FNMA Strips, 2/01/10 | | None | J | T | | | | | |
| 114. FNG 92 59D seq. cpn. 10/25/22 | A | Interest | J | T | | | | | |
| 115. Maryland Balto. Medical Ctr due 070/1/25 | B | Interest | K | T | | | | | |
| 116. TVA Bonds, 12/15/09 | | None | J | T | | | | | |
| 117. TVA CPN, 10/15/11 | | None | K | T | | | | | |
| 118. TVA Bonds, 12/15/12 | | None | K | T | | | | | |
| 119. Eurobank, 06/08/2010 | | | K | T | Buy | 06/01 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Capital One Bank, 10/26/2010 | | | K | T | Buy | 06/01 | K | | |
| 121. Wells Fargo | A | Dividend | K | T | | | | | |
| 122. Bellsouth Corp. | A | Dividend | J | T | | | | | |
| 123. Centerpoint Props. | A | Dividend | K | T | | | | | |
| 124. Chevron Texaco | B | Dividend | K | T | | | | | |
| 125. Cisco Systems | | None | K | T | | | | | |
| 126. Costco | A | Dividend | K | T | | | | | |
| 127. Dell Computer Corp. | | | | | Sell | 10/20 | K | A | |
| 128. Delhaize Computer Corp. | A | Dividend | J | T | | | | | |
| 129. Exelon | A | Dividend | K | T | | | | | |
| 130. Exxon | A | Dividend | K | T | | | | | |
| 131. Fannie Mae | A | Dividend | K | T | | | | | |
| 132. Fed. Realty Inv. Tr. | A | Dividend | K | T | | | | | |
| 133. Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 134. Federal Express | A | Dividend | K | T | | | | | |
| 135. En Bridge Energy Partners GE | A | Dividend | J | T | | | | | |
| 136. IBM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. J.P. Morgan Chase | B | Dividend | K | T | | | | | |
| 138. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 139. Medco | A | Dividend | J | T | | | | | |
| 140. Merck & Co. | A | Dividend | J | T | | | | | |
| 141. Microsoft | A | Dividend | K | T | | | | | |
| 142. Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 143. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 144. Teppco Partners | B | Dividend | J | T | | | | | |
| 145. 3M | A | Dividend | J | T | | | | | |
| 146. Dreyfus Premier | | None | K | T | | | | | |
| 147. Smith Barney Conv., Class B | | | K | T | | | | | Buy 05/07/03 Omitted |
| 148. VKAAC Emerg. Growth Class A | | | | | Sell | 01/25 | J | | |
| 149. VKAAC Emerg. Grwth.Class C | | | | | Sell | 01/25 | K | | |
| 150. VKAAC Equity Class A | | None | K | T | Buy | 01/25 | J | | |
| 151. VKAAC Equity Class C | | None | K | T | Buy | 01/25 | K | | |
| 152. Mutual Fund | | | | | | | | | |
| 153. Cook Co. HSD 205, 06/01/2013 | | | | | Buy | 01/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Louisiana 6% 5-1-04 Gen. Oblig. Book Entry | B | Interest | K | T | | | | | |
| 155. Midland TX 5.9% 3-1-2016 Ctf. of Oblig. Book Entry | A | Interest | J | T | | | | | |
| 156. Western Oaks TX 6.5% 1-22-02 Mun. Utils. Dist. | B | Interest | K | T | | | | | |
| 157. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |
| 158. | | | | | | | | | |
| 159. Mutual Fund | | | | | | | | | |
| 160. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | B | Dividend | K | T | | | | | |
| 161. Oil & Gas well Shares: | | | | | | | | | |
| 162. Total Fina Elf. | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 06/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Irrevocable Trust -- based on a 1994 Ethics Committee opinion, assets held in irrevocable trust for which my spouse serves as sole trustee and over which I have no authority whatsoever, are not required to be listed. Transactions involving assets of the trust are managed by a brokerage firm; my spouse is consulted only for a "yes" or "no" regarding prospective purchases or sales.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat_____    Date 6/15/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND_____ S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544